**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| WILLIE SAM BIVINS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> Dr. DEREISBAIL, Sheriff SPROUL, : <br> Col. OSTRANDER, Major HAGGERTY, : <br> Lt. PARKS, Nurse LYNN CRENSHAW, : <br> and Lt. LONTARGARD, : <br> : <br> Defendants. : <br> : | CASE NO.: 1:12-CV-138 (WLS) |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 1, 2012. (Doc. 11.) It is recommended that Plaintiff's complaints regarding the grievance procedure and lack of access to the law library be dismissed. (*Id.* at 8-9.) Because the allegation regarding the lack of access to the law library is the only allegation against Lt. Lontargard, it is recommended that he be dismissed from this action. (*Id.* at 9.) Judge Langstaff recommended that Plaintiff's claims for denial of medical care and that he is being punished by his conditions of his confinement should proceed against Defendants Dereisbail, Sproul, Ostrander, Haggerty, Parks, and Crenshaw. (*Id.*) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on October 15, 2012.[1] (*See id.* at 8-9; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 11) should be, and hereby is, **ACCEPTED**,

---

[1] While a review of the docket reflects that Plaintiff has filed many other pleadings post-entry of Judge Langstaff's October 1, 2012 Report and Recommendation, no pleading resembling an objection was filed on, about, or near October 15, 2012. (*See* Docket.) To the extent any post-October 15, 2013 pleading was intended as an out of time objection, the same is **DENIED** as untimely.

1

**ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims regarding the grievance procedure and lack of access to the law library are **DISMISSED**, as is Lt. Lontargard. Plaintiff may only proceed with his claims for denial of medical care and that he is being punished by his conditions of his confinement against Defendants Dereisbail, Sproul, Ostrander, Haggerty, Parks, and Crenshaw.

**SO ORDERED**, this  29th   day of August, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**